MEMORANDUM OPINION




No. 04-03-00235-CV



In the INTEREST OF L.M.B., T.C.B., L.A.B., III, C.B. and M.E.B., Children,




From the 150th Judicial District Court, Bexar County, Texas


Trial Court No. 1996-CI-05782


Honorable Janet P. Littlejohn, Judge Presiding



PER CURIAM


Sitting: Sarah B. Duncan, Justice

 Karen Angelini, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: August 27, 2003


APPEAL DISMISSED

 Lauro A. Bustamante, Jr. appeals the trial court's order signed March 25, 2003. Bustamante's
appellant's brief was due July 9, 2003. Neither the brief nor a motion for extension of time was filed.
On July 22, 2003, we therefore ordered Bustamante to file, not later than August 1, 2003, his
appellant's brief and a written response reasonably explaining his failure to timely file the brief and
showing why appellee is not significantly injured by his failure to timely file a brief. We further
advised Bustamante that if he failed to file a brief and the written response by the date ordered, we
would dismiss the appeal for want of prosecution. See Tex. R. App. P. 38.8(a). Bustamante has not
filed a brief or the written response ordered by the court.

 We therefore order this appeal dismissed for want of prosecution. We further order that
appellee, Maria Z. Bustamante, recover her costs in this appeal from Lauro A. Bustamante, Jr. 


 PER CURIAM